UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-24618-CMA-Altonaga

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

                Plaintiffs,

    -v-

ANNIE LYN CASTA, M.D., SOS MEDICAL CENTER
CORP. d/b/a CIMA MEDICAL CENTER CORP.,
ANIL T. ABRAHAM, M.D., CIMA MED CENTER MIAMI
SPRINGS, LLC, CARLOS INFANTE, JOHNNIE
CISNEROS, CASTELLON MEDICAL CENTER, LLC,
FRANCISCO PEREZ, L.M.T., COMMUNITY CHOICE
HEALTH NETWORK, CORP., and RICHARD GARCIA
PRADA,

                Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "GEICO" or "Plaintiffs") submit this Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for GEICO, which is incorporated in Nebraska with its principal place of business in Maryland, hereby certifies as follows:

Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (non-governmental corporate parties) are direct and/or

indirect wholly owned subsidiaries of GEICO Corporation, which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

GEICO states that the following persons, associated persons, firms, partnerships, or corporations have – or may have – a financial interest in the outcome of this case:

1. Government Employees Insurance Co. – Plaintiff
2. GEICO Indemnity Co. – Plaintiff
3. GEICO General Insurance Company – Plaintiff
4. GEICO Casualty Co. – Plaintiff
5. GEICO Corporation – Parent of Plaintiffs
6. Berkshire Hathaway, Inc. – Indirect Parent of Plaintiffs
7. Rivkin Radler LLP – Counsel for Plaintiffs
8. Max Gershenoff – Counsel for Plaintiffs
9. John P. Marino – Counsel for Plaintiffs
10. Lindsey R. Trowell – Counsel for Plaintiffs
11. Kristen L. Wenger – Counsel for Plaintiffs
12. Elan Kirshenbaum – Counsel for Plaintiffs
13. Annie Lyn Casta, M.D. – Defendant
14. SOS Medical Center Corp. d/b/a CIMA Medical Center Corp. – Defendant
15. Anil T. Abraham, M.D. – Defendant
16. CIMA Med Center Miami Springs, LLC – Defendant
17. Carlos Infante – Defendant
18. Johnnie Cisneros – Defendant
19. Castellon Medical Center, LLC – Defendant

20. Francisco Perez, L.M.T. – Defendant

21. Community Choice Health Network, Corp. – Defendant

22. Richard Garcia Prada – Defendant

23. Timothy Andrew Kolaya – Counsel for Defendants Annie Lyn Casta, M.D., SOS Medical Center Corp. d/b/a CIMA Medical Center Corp., Anil T. Abraham, M.D., CIMA Med Center Miami Springs, LLC, Carlos Infante, and Johnnie Cisneros

24. Edersy Suarez – Counsel for Defendants Castellon Medical Center, LLC and Francisco Perez, L.M.T.

25. Abraham Ovadia – Counsel for Defendant Community Choice Health Network, Corp.

26. *Counsel has not appeared for Defendant Richard Garcia Prada.*

Dated: Jacksonville, Florida
November 17, 2025

/s/ *Max Gershenoff*

Max Gershenoff (FBN 1038855)
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen Wenger (FBN 92136)
Elan Kirshenbaum (admitted *pro hac vice*)
RIVKIN RADLER, LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, FL 32207
Phone: (904) 792-8925
-and-
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Max.Gershenoff@rivkin.com
John.Marino@rivkin.com
Lindsey.Trowell@rivkin.com
Kristen.Wenger@rivkin.com
Elan.Kirshenbaum@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.*

3