UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24618-CIV-ALTONAGA

**GOVERNMENT EMPLOYEES
INSURANCE CO.**, *et al.*,

    Plaintiffs**,**

v.

**ANNIE LYN CASTA, M.D.;** *et al.*,

    Defendants.
_____/

**DEFENDANTS SOS MEDICAL CENTER CORP. D/B/A CIMA
MEDICAL CENTER CORP., CIMA MED CENTER MIAMI SPRINGS,
LLC, CARLOS INFANTE, JOHNNIE CISNEROS, ANNIE LYN CASTA,
M.D., AND ANIL T. ABRAHAM, M.D. CERTIFICATE OF INTERESTED
PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants SOS Medical Center Corp. d/b/a CIMA Medical Center Corp., CIMA Med Center Miami Springs, LLC, Carlos Infante, Johnnie Cisneros, Annie Lyn Casta, M.D., and Anil T. Abraham, M.D. (collectively, the "Disclosing Defendants"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order Requiring Scheduling Report and Certificates of Interested Parties, [ECF No. 7], hereby certify as follows:

SOS Medical Center Corp. d/b/a CIMA Medical Center Corp. is a non-governmental Florida corporation, which is not publicly held, and which does not have a parent corporation.

CIMA Med Center Miami Springs, LLC is a non-governmental Florida limited liability company, which is not publicly held, and which does not have a parent corporation.

Each of the Disclosing Defendants is a citizen of the State of Florida.

The Disclosing Defendants state that the following persons, associated persons, firms, partnerships, or corporations have – or may have – a financial interest in the outcome of this case:

1. Government Employees Insurance Co. – Plaintiff

2. GEICO Indemnity Co. – Plaintiff

3. GEICO General Insurance Company – Plaintiff

4. GEICO Casualty Co. – Plaintiff

5. GEICO Corporation – Parent of Plaintiffs

6. Berkshire Hathaway, Inc. – Indirect Parent of Plaintiffs

7. Rivkin Radler LLP – Counsel for Plaintiffs

8. Max Gershenoff – Counsel for Plaintiffs

9. John P. Marino – Counsel for Plaintiffs

10. Lindsey R. Trowell – Counsel for Plaintiffs

11. Kristen L. Wenger – Counsel for Plaintiffs

12. Elan Kirshenbaum – Counsel for Plaintiffs

13. Annie Lyn Casta, M.D. – Defendant

14. SOS Medical Center Corp. d/b/a CIMA Medical Center Corp. – Defendant

15. Anil T. Abraham, M.D. – Defendant

16. CIMA Med Center Miami Springs, LLC – Defendant

17. Carlos Infante – Defendant

18. Johnnie Cisneros – Defendant

19. Castellon Medical Center, LLC – Defendan

20. Francisco Perez, L.M.T. – Defendant

21. Community Choice Health Network, Corp. – Defendant

22. Richard Garcia Prada – Defendant

- 3 -

23. Stumphauzer Kolaya Nadler & Sloman, PLLC –Counsel for Defendants Annie Lyn Casta, M.D., SOS Medical Center Corp. d/b/a CIMA Medical Center Corp., Anil T. Abraham, M.D., CIMA Med Center Miami Springs, LLC, Carlos Infante, and Johnnie Cisneros

24. Timothy Andrew Kolaya – Counsel for Defendants Annie Lyn Casta, M.D., SOS Medical Center Corp. d/b/a CIMA Medical Center Corp., Anil T. Abraham, M.D., CIMA Med Center Miami Springs, LLC, Carlos Infante, and Johnnie Cisneros

25. Edersy Suarez – Counsel for Defendants Castellon Medical Center, LLC and Francisco Perez, L.M.T.

26. Abraham Ovadia – Counsel for Defendant Community Choice Health Network, Corp.

Dated: November 17, 2025

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
T: (305) 614-1400; F: (305) 614-1425

*/s/ Timothy A. Kolaya*
Timothy A. Kolaya (FBN: 056140)
tkolaya@sknlaw.com

*Counsel for Defendants Annie Lyn Casta, M.D., SOS Medical Center Corp. d/b/a CIMA Medical Center Corp., CIMA Med Center Miami Springs, LLC, Carlos Infante, and Johnnie Cisneros*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA
