UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24618-CIV-ALTONAGA/Reid

**GOVERNMENT EMPLOYEES
INSURANCE CO.**; *et al.*,

     Plaintiffs,

v.

**ANNIE LYN CASTA, M.D.**; *et al.*,
     Defendants.
_____/

**ORDER**

     **THIS CAUSE** came before the Court *sua sponte*. On November 18, 2025, the Court entered an Order [ECF No. 24] requiring Defendants, Castellon Medical Center, LLC, Francisco Perez, Richard Garcia Prada, and Community Choice Health Network, Corp. to each file certificates of interested parties and corporate disclosure statements by November 20, 2025. (*See generally id.*). To date, Defendants have neither filed certificates of interested parties nor requested additional time to do so.

     Accordingly, it is

     **ORDERED** that Defendants, Castellon Medical Center, LLC, Francisco Perez, Richard Garcia Prada, and Community Choice Health Network, Corp. shall comply with the November 18, 2025 Order **[ECF No. 24]** by **November 24, 2025.** Furthermore, in their written submissions, Defendants shall explain why they failed to comply with the November 18, 2025 Order, necessitating the second Order.

CASE NO. 25-24618-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record