UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-24618-CMA

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

         Plaintiffs,

  -v-

ANNIE LYN CASTA, M.D., SOS MEDICAL CENTER
CORP. d/b/a CIMA MEDICAL CENTER CORP.,
ANIL T. ABRAHAM, M.D., CIMA MED CENTER MIAMI
SPRINGS, LLC, CARLOS INFANTE, JOHNNIE
CISNEROS, CASTELLON MEDICAL CENTER, LLC,
FRANCISCO PEREZ, L.M.T., COMMUNITY CHOICE
HEALTH NETWORK, CORP., and RICHARD GARCIA
PRADA,

         Defendants.
_____/

  **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company ("Plaintiffs"), and Defendants Community Choice Health Network, Corp. and Richard Garcia Prada ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(1).

| /s/ Max Gershenoff | /s/ Abraham Ovadia |
|---|---|
| Max Gershenoff, Esq. | Abraham Ovadia, Esq. |
| Rivkin Radler LLP | OVADIA LAW GROUP, P.A. |
| 1301 Riverplace Blvd. | 4800 N. Federal Highway |
| Suite 1000 | Suite 204D |
| Jacksonville, Florida 32207 | Boca Raton, Florida 33431 |
| max.gershenoff@rivkin.com | a.ovadia@wesetthestandards.com |
| *Counsel for Plaintiffs* | *Counsel for Settling Defendants* |