IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO.,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

    Plaintiff                             CASE NO.: **25-CV-24618 ALTONAGA**

vs.

ANNIE LYN CASTA, M.D., et al.,

    Defendant .
_____/

## **DEFENDANTS' MOTION FOR ORAL ARGUMENT ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**COMES NOW**, Defendants, CASTELLON MEDICAL CENTER, LLC and FRANCISCO PEREZ, L.M.T. (collectively, the "Castellon Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court for the entry of an Order granting oral argument on their Motion to Dismiss Plaintiffs' Complaint [D.E. 35], and in support thereof, state as follows:

1. On December 10, 2025, the Castellon Defendants filed their Motion to Dismiss Plaintiffs' Complaint [D.E. 35] (the "Motion").

2. Pursuant to S.D. Fla. L.R. 7.1(b)(2), a request for oral argument is typically included within the motion itself. Undersigned counsel inadvertently omitted the specific hearing request section from the initial filing and respectfully requests that the Court consider this separate application.

3. A hearing is necessary and would be helpful to the Court because the Complaint is voluminous (114 pages) and asserts complex causes of action, including RICO and RICO conspiracy, against multiple distinct defendants.

4. Oral argument will allow the parties to clarify the specific allegations (or lack thereof) pertaining solely to the Castellon Defendants, distinct from the broader "multi-clinic scheme" alleged in the Complaint.

5. Defendants estimate that approximately thirty (30) minutes will be required for argument.

## **CERTIFICATE OF CONFERRAL**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), undersigned counsel certifies that they have conferred with counsel for the Plaintiffs regarding the relief requested in this motion. Plaintiffs' counsel [AGREES] the request for oral argument.

**WHEREFORE**, the Castellon Defendants respectfully request that this Court grant this Motion, schedule a hearing on the Motion to Dismiss, and grant such other relief as is just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Edersy Suarez
_____
Edersy Suarez, Esq.
Florida Bar No.: 108117
Attorney for Plaintiff
The Law Office of Edersy Suarez, PA
14160 Palmetto Frontage Rd., Suite 21
Miami Lakes, FL 33016
Ph: (786) 420-2893 * Fax: (305) 503-9273
E-Mail: esuarez.law@gmail.com
Service E-Mail: esuarezpleadings@gmail.com

## **SERVICE LIST**

Max Gershenoff, RIVKIN RADLER, LLP, 1301 Riverplace Blvd., Jacksonville, FL, 32207, Max.Gershenoff@rivkin.com - Counsel for Plaintiff (Served via CM/ECF)