UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24618-CIV-ALTONAGA

**GOVERNMENT EMPLOYEES
INSURANCE CO.**, *et al.*,

    Plaintiffs,
v.

**ANNIE LYN CASTA, M.D.**; *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Motion for Oral Argument on Motion to Dismiss Plaintiffs' Complaint [ECF No. 36]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. The Court will schedule a hearing if it believes one will be helpful to resolution of the issues presented.

**DONE AND ORDERED** in Miami, Florida, this 15th day of December, 2025.

                                                                     _____
                                                                     **CECILIA M. ALTONAGA**
                                                                     **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record