**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:25-cv-24618-CMA**

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

          Plaintiffs,

      -v-

ANNIE LYN CASTA, M.D., SOS MEDICAL CENTER
CORP. d/b/a CIMA MEDICAL CENTER CORP.,
ANIL T. ABRAHAM, M.D., CIMA MED CENTER MIAMI
SPRINGS, LLC, CARLOS INFANTE, JOHNNIE
CISNEROS, CASTELLON MEDICAL CENTER, LLC,
FRANCISCO PEREZ, L.M.T., COMMUNITY CHOICE
HEALTH NETWORK, CORP., and RICHARD GARCIA
PRADA,

          Defendants.

_____/

**PLAINTIFFS' AMENDED NOTICE OF ISSUES**
**FOR FEBRUARY 25, 2026 DISCOVERY HEARING**

**PLEASE TAKE NOTICE,** that Plaintiffs Government Employees Insurance Co., GEICO

Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively,

"GEICO" or "Plaintiffs") respectfully submit this Amended Notice of Issues in advance of the

discovery hearing before the Honorable Lisette M. Reid, scheduled for February 25, 2026, at 9:30

AM.[1]

---

[1] After Plaintiffs filed their initial Notice of Issues on February 23, 2026 (see ECF 48), the Castellon Defendants served amended discovery responses that mooted some, but not all, of the issues in Plaintiffs' February 23rd notice. Accordingly, Plaintiffs respectfully submit this Amended Notice of Issues to remove those issues that have been mooted by the Castellon Defendants' amended discovery responses.

Plaintiffs identify the following issues to be discussed at the discovery hearing:

1. The sufficiency of Defendants Castellon Medical Center, LLC ("Castellon") and Francisco Perez, L.M.T.'s ("Perez") (collectively, the "Castellon Defendants") February 6, 2026 and February 23, 2026 responses to the following of Plaintiffs' December 19, 2025 requests for production of documents:

   i. 11
   ii. 22
   iii. 26
   iv. 27
   v. 28
   vi. 35
   vii. 37

2. The sufficiency of Castellon's February 6, 2026 and February 23, 2026 responses to the following of Plaintiffs' December 19, 2025 interrogatories:

   i. 8

3. The sufficiency of Perez's February 6, 2026 and February 23, 2026 responses to the following of Plaintiffs' December 19, 2025 interrogatories:

   i. 10

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movants conferred with counsel for the Castellon Defendants via telephone on January 29, 2026, February 2, 2026, and February 23, 2026 in good-faith attempts to resolve the issues raised in this motion, but were unable to do so.

Dated: Jacksonville, Florida
       February 24, 2026

/s/ Max Gershenoff
Max Gershenoff (FBN 1038855)

2

John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen Wenger (FBN 92136)
Elan Kirshenbaum (admitted *pro hac vice*)
RIVKIN RADLER, LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, FL 32207
Phone: (904) 792-8925

-and-

926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Max.Gershenoff@rivkin.com
John.Marino@rivkin.com
Lindsey.Trowell@rivkin.com
Kristen.Wenger@rivkin.com
Elan.Kirshenbaum@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice and a copy of this document to the counsel of record in this case.

/s/ Max Gershenoff
Attorney

3