UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24618-CMA

GOVERNMENT EMPLOYEES
INSURANCE CO., et al.,

     Plaintiffs,

v.

ANNIE LYN CASTA, M.D., et al.,

     Defendants.

_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE AND ORDERED** in Miami, Florida, this 13th day of April 2026.

_____

**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc:    All Counsel of Record