Case No.: 1:25-cv-24618-CMA

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

Plaintiffs,

-v-

ANNIE LYN CASTA, M.D., SOS MEDICAL CENTER
CORP. d/b/a CIMA MEDICAL CENTER CORP.,
ANIL T. ABRAHAM, M.D., CIMA MED CENTER MIAMI
SPRINGS, LLC, CARLOS INFANTE, JOHNNIE
CISNEROS, CASTELLON MEDICAL CENTER, LLC,
FRANCISCO PEREZ, L.M.T., COMMUNITY CHOICE
HEALTH NETWORK, CORP., and RICHARD GARCIA
PRADA,

Defendants.

_____/

    **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company ("Plaintiffs"), and Defendants Castellon Medical Center, LLC and Francisco Perez, L.M.T. ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(1).

| | |
|---|---|
| Max Gershenoff, Esq. | Edersy Suarez, Esq. |
| Rivkin Radler LLP | The Law Office of Edersy Suarez, PA |
| 1301 Riverplace Blvd., Suite 1000 | 14160 Palmetto Frontage Road, Suite 21 |
| Jacksonville, Florida 32207 | Miami Lakes, Florida 33016 |
| Phone: (904) 792-8948 | Phone: (786) 420-2893 |
| max.gershenoff@rivkin.com | esuarez.law@gmail.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |