UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-24618-CMA

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

Plaintiffs,

-v-

ANNIE LYN CASTA, M.D., SOS MEDICAL CENTER
CORP. d/b/a CIMA MEDICAL CENTER CORP.,
ANIL T. ABRAHAM, M.D., CIMA MED CENTER MIAMI
SPRINGS, LLC, CARLOS INFANTE, JOHNNIE
CISNEROS, CASTELLON MEDICAL CENTER, LLC,
FRANCISCO PEREZ, L.M.T., COMMUNITY CHOICE
HEALTH NETWORK, CORP., and RICHARD GARCIA
PRADA,

Defendants.

_____/

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company ("Plaintiffs"), and Defendants Annie Lyn Casta, M.D., SOS Medical Center Corp. d/b/a CIMA Medical Center Corp., Anil T. Abraham, M.D., CIMA Med Center Miami Springs, LLC, Carlos Infante, and Johnnie Cisneros ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(1).

*/s/ Max Gershenoff*
_____

Max Gershenoff, Esq.
Rivkin Radler LLP
1301 Riverplace Blvd., Suite 1000
Jacksonville, Florida 32207
Phone: (904) 792-8948
max.gershenoff@rivkin.com
*Counsel for Plaintiffs*

*/s/ Timothy Andrew Kolaya*
_____

Timothy Andrew Kolaya
Stumphauzer Kolaya
Nadler & Sloman, PLLC
2 S. Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Phone: (305) 614-1400
tkolaya@sknlaw.com
*Counsel for Defendants*